**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10431 |
| Plaintiff - Appellee, | D.C. No. 2:95-cr-00258-LDG |
| v. | |
| ANTHONY MACKLIN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, District Judge, Presiding

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Anthony Macklin appeals from the district court's order denying his 18

U.S.C. § 3582(c)(2) motion for reduction of sentence.  We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Macklin contends that the district court violated his Sixth Amendment right to due process and U.S.S.G. § 6A1.3, by considering prison disciplinary findings when denying his 18 U.S.C. § 3582(c)(2) motion because the conduct was contested and not proven by a preponderance of the evidence. Assuming that the Government was required to meet this burden, the record reflects that the burden was met. *See generally United States v. Dare*, 425 F.3d 634, 642 (9th Cir. 2005) (recognizing that, "[a]s a general rule, the preponderance of the evidence standard is the appropriate standard for factual findings used for sentencing").

**AFFIRMED.**